| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Karas, Kenneth M. | 2. Court or Organization  US District Court -- SDNY | 3. Date of Report  08/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge -- Active | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

300 Quarropas Street, Room 533
White Plains, NY 10601

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | Member, Board of Directors | National Association of Urban Debate Leagues |
| 3. | Member, Board of Directors | Little League |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JFCU | A | Interest | J | T | | | | | |
| 2. Citibank Savings Account | A | Interest | M | T | | | | | |
| 3. Citibank Checking Account | | None | M | T | | | | | |
| 4. HR-10 Fidelity Diversified Int'l Fund K | | None | M | T | | | | | |
| 5. HR-10 Royce Total Return Investment Int'l Fund | | None | L | T | | | | | |
| 6. HR-10 Oakmark Equity & Income Investment Fund | | None | L | T | | | | | |
| 7. HR-10 AF Growth Fund American R6 | | None | M | T | | | | | |
| 8. HR-10 JHancock Class Val 1 | | None | K | T | | | | | |
| 9. 401K Fidelity Diversified Int'l Fund K | | None | L | T | | | | | |
| 10. 401K Royce Total Return Investment Int'l fund | | None | L | T | | | | | |
| 11. 401K Oakmark Equity & Income Investment Fund | | None | L | T | | | | | |
| 12. 401K AF Growth Fund American R6 | | None | M | T | | | | | |
| 13. 401K JHancock Class Val I | | None | K | T | | | | | |
| 14. E*Trade Sweep Account | A | Interest | J | T | | | | | |
| 15. NY 529 Vanguard Agressive Fund (no control) | | None | K | T | | | | | |
| 16. NY 529 Vanguard Aggressive Fund (no control) | | None | K | T | | | | | |
| 17. Citibank IRA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank IRA | A | Interest | J | T | | | | | |
| 19. Morgan Stanley (Cash, Deposits, MMFs) | A | Interest | M | T | Distributed (part) | 2/13/12 | M | | |
| 20. | | | | | Distributed (part) | 3/15/12 | K | | |
| 21. | | | | | Distributed (part) | 5/15/12 | K | | |
| 22. | | | | | Buy (add'l) | 7/6/12 | M | | |
| 23. | | | | | Distributed (part) | 7/13/12 | K | | |
| 24. | | | | | Distributed (part) | 9/14/12 | K | | |
| 25. | | | | | Distributed (part) | 12/14/12 | K | | |
| 26. Morgan Stanley (Vanguard MSCI Emerging Markets) | B | Dividend | K | T | Buy | 2/15/12 | K | | |
| 27. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 28. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 29. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 30. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 31. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 32. Morgan Stanley (Vanguard Dividend Appreciation) | B | Dividend | L | T | Buy | 2/15/12 | K | | |
| 33. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 34. | | | | | Buy (add'l) | 5/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 36. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 37. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 38. Morgan Stanley (Blackrock Global Allocation) | A | Dividend | K | T | Buy | 2/15/12 | K | | |
| 39. Morgan Stanley (First Eagle Global I) | A | Dividend | K | T | Buy | 3/29/12 | K | | |
| 40. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 41. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 42. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 43. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 44. Morgan Stanley (Fundvantage Trust Polen GRW) | B | Dividend | K | T | Buy | 2/15/12 | K | | |
| 45. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 46. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 47. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 48. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 49. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 50. Morgan Stanley (PIMCO Muni Bond Fund A) | B | Dividend | M | T | Buy | 2/15/12 | L | | |
| 51. | | | | | Buy (add'l) | 3/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 53. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 54. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 55. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 56. Morgan Stanley (Royce Value Investment) | A | Dividend | K | T | Buy | 2/15/12 | J | | |
| 57. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 58. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 59. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 60. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 61. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 62. Morgan Stanley (Templeton Global Bond Fund) | A | Dividend | K | T | Buy | 2/15/12 | J | | |
| 63. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 64. | | | | | Buy (add'l) | 5/15/12 | J | | |
| 65. | | | | | Buy (add'l) | 7/13/12 | J | | |
| 66. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 67. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 68. Morgan Stanley (PIMCO All Asset) | A | Dividend | J | T | Buy | 2/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley (PIMCO All Asset) | A | Dividend | J | T | Buy | 2/14/12 | J | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust discussed in Part I is a non-funded insurance trust ⬛⬛⬛⬛⬛⬛⬛ who is a truestee of a similar trust in my name. However, neither trust confers any current benefits or income and only is triggered upon or my family member's demise.

| Name of Person Reporting | Date of Report |
|---|---|
| Karas, Kenneth M. | 08/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kenneth M. Karas**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544